UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS ARACELY LEMUS LOPEZ, A-249-082-724, | No. 1:26-cv-2773-DC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN CALIFORNIA CITY DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 1. Pending before the Court is Petitioner's request for extension of time to file a reply brief, ECF No. 13.

Petitioner was appointed counsel on April 29, 2026. See ECF No. 11. However, Petitioner's counsel asserts that he was unable to speak with Petitioner until May 20, 2026. See ECF No. 13. Petitioner's counsel requests an extension of time to file a reply to Respondent's answer and provides that such request is unopposed by Respondent. See id.

Also pending before the Court is Petitioner's motion to proceed in forma pauperis, ECF No. 10. However, the docket reflects that Petitioner previously paid the filing fee. Thus, the undersigned will deny such request as moot.

///

1

Good cause appearing, the request for extension, ECF No. 13, is GRANTED. Petitioner shall file a reply/traverse on or before June 8, 2026. Petitioner's motion to proceed in forma pauperis, ECF No. 10, is DENIED AS MOOT.

SO ORDERED.

Dated:  May 22, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE